

IN THE UNITED STATES DISTRICT COURT IN AND
FOR THE MIDDLE DISTRICT OF
NORTH CAROLINA

HASSIE KNOWLIN )
Plaintiff )
)
)
VS ) Case No. 23CV137
)
)
RECIEVABLES MANAGEMENT LLC )
KAREN HANSON, RMLLC ) Judge
BRUCE HENTON, RMLLC )
AMANDA LOCUS, RMLLC ) Trial by Jury Demanded
ANDREA JACKSON, RMLLC )
VICTORIA RAMOS, RMLLC )
KATHY ADAMS, RMLLC )
APRIL LIONS, RMLLC )
BREONA ROBINSON, RMLLC )
DEANNA BRENNARD, RMLLC )
John Doe(s) 1 thru 10 )
Defendants )

## COMPLAINT FOR VIOLATION OF THE
## TCPA AND DAMADE FOR JURY TRIAL

Plaintiffs bring this action to recover statutorily prescribed

damages for acts on the part of Defendant in violation of the Telephone

Consumer Protection Act of 1991, 47 U.S.C.§ 227, *et seq.*, (hereafter

"TCPA"), the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*

(hereafter "FDCPA"),

RMLLC Original Complaint for Violations of the TCPA

1

## JURISDICTION

1. This court has jurisdiction under 15 U.S.C. § 1692k(d), 28 U.S.C § 1331. This is an action for damages and injunctive relief brought by Plaintiff against Defendants for violations of the Telephone Consumer Protection Act (TCPA) Sec. 227., 47 USC § 227(b)(1), 47 USC § 227(a) (iii).

## PARTIES

2. The Plaintiff in this lawsuit is HASSIE KNOWLIN, a natural person, who resides in guilford county, north carolina. Upon belief and information, Plaintiff contends that many of these practices are widespread for some or all of the Defendants.

3. Plaintiff intends to propound discovery to Defendants identifying these other individuals who have suffered similar violations.

4. Plaintiff contends that the Collection Company Defendant have violated such laws by repeatedly harassing Plaintiff in attempts to collect alleged but nonexistent debt.

5. The Defendants in this lawsuit are as follows:
          **RECEIVABLES MANAGEMENT LLC**
          **KAREN HANSON, RMLLC**
          **BRUCE HENTON, RMLLC**
          **AMANDA LOCUS, RMLLC**
          **ANDREA JACKSON, RMLLC**
          **VICTORIA RAMOS, RMLLC**
          **KATHY ADAMS, RMLLC**
          **APRIL LIONS, RMLLC**
          **BREONA ROBINSON, RMLLC**
          **DEANNA BRENNARD, RMLLC**

Case 1:23-cv-00137-CCE-LPA    Document 2    Filed 02/10/23    Page 2 of 14

a. (hereinafter RMLLC) is a Foreign Corporation and according to knowledge and belief is not licensed to do business in North Carolina whose primary business is debt collection.

## VENUE

6. The occurrences which give rise to this action occurred in Guilford County, North Carolina and Plaintiff resides in Guilford County.

7.. Venue is proper in the Middle District of North Carolina.

## GENERAL ALLEGATIONS

8.. Starting on or about AUGUST 8TH 2022 RMLLC made the first of 112 calls to Plaintiff's wireless phone number (336) 947- 9991 from phone number 800-846-6406. Upon information and belief said number is used by RMLLC in its debt collection operations.

9.. RMLLC made at least 112 individual calls to Plaintiffs wireless phone beginning AUGUST 8TH 2022 and continuing through FEBUARY 5TH 2022 using ATDS capable equipment.

10. The calls made to Plaintiff's wireless phone were **NOT** for an emergency purpose and **WERE** made without consent to do so, express or otherwise, of the Plaintiff having been given at any time.

11. Phone calls made from the Defendant to Plaintiff's wireless phone number 336-947-9991 occurred on the following dates and times:

1. AUG. 8TH 2022 @ 2:10 PM voice mail by BRUCE HITTON

2. AUG. 10TH 2022 @ 1:32 PM voice mail by KAREN HANSON

RMLLC Original Complaint for Violations of the TCPA

3

3. AUG 11TH 2022 @ 3:40 PM voice mail by BRUCE HITTON

4. AUG 12TH 2022 @ 3:47 PM voice mail by BRUCE HITTON

5. AUG 15TH 2022 @ 3:01 PM voice mail by BRUCE HITTON

6. AUG 16TH 2022 @ 2:13 PM VOICEMAIL BY

7. AUG 17TH 2022 @ 1:42 PM voice mail by BRUCE HITTON

8. AUG 18TH 2022 @ 2:22 PM voice mail by KAREN HANSEN

9. AUG 19TH 2022 @ 1:40 PM voice mail by VICTORIA RAMOS

10. AUG 23RD 2022 @ 2:22 PM voice mail by CATHRINE ADAMS

11. AUG 24TH 2022 @ 3:41 PM voice mail by AMANDA LOCUS

12. AUG 29TH 2022 @ 6:26 PM voice mail by ANDREA JACKSON

13. AUG 30TH 2022 @ 1:43 PM

14. AUG 31ST 2022 @ 1:59 PM voice mail by KAREN HANSEN

15. SEPT 1ST 2022 @ 1:04 PM

16. SEPT 2ND 2022 @ 1:34 PM voice mail by KAREN HANSEN

17. SEPT 3RD 2022 @ 2:36 pm voice mail by KAREN HANSEN

18. SEPT 6TH 2022 @ 10:44 AM

19. SEPT 7TH 2022 @ 12:29 PM voice mail by KAREN HANSEN

20. SEPT 9TH 2022 @ 10:58 PM

21. SEPT 12TH 2022 @ 9:54 AM voice mail by KAREN HANSEN

22. SEPT 14TH 2022 @ 1:32 PM voice mail by KAREN HANSEN

23. SEPT 16TH 2022 @ 10:30 AM voice mail by KAREN HANSEN

24. SEPT 19TH 2022 @ 10:41 AM

25. SEPT 20TH 2022 @ 9:24 AM voice mail by KAREN HANSEN

26. SEPT 21ST 2022 @ 10:49 AM voice mail by KAREN HANSEN

27. SEPT 22ND 2022 @ 9:49 AM voice mail by KAREN HANSEN

28. SEPT 23RD 2022 @ 9:40 AM

29. SEPT 26TH 2022 @ 9:34 AM voice mail by KAREN HANSEN

30. SEPT 27TH 2022 @ 9:55 AM

31. SEPT 28TH 2022 @ 9:49 AM voice mail by KAREN HANSEN

32. SEPT 29TH 2022 @ 9:30 AM voice mail by KAREN HANSEN

33. SEPT 30TH 2022 @ 9:32 AM voice mail by KAREN HANSEN

34. OCT 1ST 2022 @ 9:35 AM voice mail by KAREN HANSEN

35. OCT 3RD 2022 @ 9:32 AM

36. OCT 5TH 2022 @ 9:24 AM voice mail by KAREN HANSEN

37. OCT 7TH 2022 @ 10:02 AM

38. OCT 10TH 2022 @ 9:34 AM

39. OCT 15TH 2022 @ 3:42 PM

40. OCT 17TH 2022 @ 9:32 AM voice mail by KAREN HANSEN

41. OCT 17TH 2022 @ 12:02 PM voice mail by KAREN HANSEN

42. OCT 18TH 2022 @ 9:21 AM voice mail by KAREN HANSEN

43. OCT 19TH 2022 @ 9:38 AM

44. OCT 24TH 2022 @ 9:14 AM voice mail by KAREN HANSEN

45. OCT 27TH 2022 @ 10:19 AM voice mail by KAREN HANSEN

46. OCT 28th 2022 @ 9:39 AM

47. OCT 29TH 2022 @ 9:21 AM

48. OCT 31ST 2022 @ 9:15 AM voice mail by KAREN HANSEN

49. NOV 1ST 2022 @ 9:15 AM

50. NOV 4TH 2022 @ 10:00 AM voice mail by KAREN HANSEN

51. NOV 5TH 2022 @ 5:24PM voice mail by KAREN HANSEN

52. NOV 6TH 2022 @ 1:06 PM voice mail by KAREN HANSEN

53. NOV 7TH 2022 @ 9:47 AM voice mail by KAREN HANSEN

54. NOV 9TH 2022 @ 10:51 AM

55. NOV 10TH 2022 @ 2:08 PM

56. NOV 12TH 2022 @ 8:57 AM

57. NOV 14TH 2022 @ 11:29 AM

58. NOV 15TH 2022 @ 9;08 AM voice mail by KAREN HANSEN

59. NOV 16TH 2022 @ 9:17 AM voice mail by KAREN HANSEN

60. NOV 17TH 2022 @12:41PM voice mail by KAREN HANSEN

61. NOV 18TH 2022 @ 9:30 AM voice mail by KAREN HANSEN

62. NOV 21ST 2022 @ 9:26 AM

63. NOV 22ND 2022 @ 10:04 am

64. NOV 23RD 2022 @ 9:10 AM voice mail by KAREN HANSEN

65. NOV 26TH 2022 @ 9:03 AM voice mail by AMANDA LOCUS

66. NOV 28TH 2022 @ 10:01 AM

67. NOV 29TH 2022 @ 9:45 AM voice mail by KAREN HANSEN

68. NOV 30TH 2022 @ 12:29 PM voice mail by KAREN HANSEN

69. DEC 2ND 2022 @ 11:34 AM voice mail by KAREN HANSEN

70. DEC 5TH 2022 @ 1:08 PM voice mail by KAREN HANSEN

71. DEC 6TH 2022 @ 1:06 PM voice mail by AMANDA LOCUS

72. DEC 7TH 2022 @ 9:47 AM voice mail by KAREN HANSEN

73. DEC 8TH 2022 @ 10:51 AM voice mail by KAREN HANSEN

74. DEC 9TH 2022 @ 10:37 AM voice mail by KAREN HANSEN

75. DEC 10TH 2022 @ 9:28 AM voice mail by KAREN HANSEN

76. DEC 12TH 2022 @ 9:13 AM

77. DEC 13TH 2022 @ 9:00 AM voice mail by KAREN HANSEN

78. DEC 14TH 2022 @ 9:01 AM voice mail by KAREN HANSEN

79. DEC 16TH 2022 @ 9:53 AM

80. DEC 19TH 2022 @ 9:49 AM voice mail by KAREN HANSEN

81. DEC 20TH 2022 @ 10:12 AM voice mail by KAREN HANSEN

82. DEC 22ND 2022 @ 10:24 AM

83. DEC 23RD 2022 @ 1:23 PM

84. DEC 27TH 2022 @ 9:42 AM voice mail by AMANDA LOCUS

85. DEC 28TH 2022 @ 10:39 AM voice mail by KAREN HANSEN

86. DEC 29TH 2022 @ 10:51 AM voice mail by KAREN HANSEN

87. DEC 30TH 2022 @ 1:24 PM voice mail by KAREN HANSEN

88. JAN 3RD 2023 @ 9:21 AM voice mail by BRUCE HITTON

89. JAN 4TH 2023 @ 1:35 PM voice mail by KAREN HANSEN

90. JAN 5TH 2023 @ 12:29 PM voice mail by BRUCE HITTON

91. JAN 6TH 2023 @ 2:22 PM voice mail by KAREN HANSEN

92. JAN 7TH 2023 @ 2:19 PM voice mail by BRUCE HITTON

93. JAN 9TH 2023 @ 2:19 PM voice mail by KAREN HANSEN

94. JAN 10TH 2023 @ 2:19 PM voice mail by BRUCE HITTON

95. JAN 12TH 2023 @ 1:12 PM voice mail by BRUCE HITTON

96. JAN 13TH 2023 @ 2:41 PM voice mail by BRUCE HITTON

97. JAN 16TH 2023 @ 10:13 AM voice mail by AMANDA LOCUS

98. JAN 17TH 2023 @ 5:13 PM voice mail by BRUCE HITTON

99. JAN 18TH 2023 @ 2:08 PM voice mail by KAREN HANSEN

100. JAN 19TH 2023 @ 2:50 PM voice mail by AMANDA LOCUS

101. JAN 20TH 2023 @ 1:56 PM

102. JAN 21ST 2023 @ 3:25 PM

103. JAN 23RD 2023 @ 1:58 PM voice mail by BRUCE HITTON

104. JAN 24TH 2023 @ 2:04 PM voice mail by VICTORIA RAMEED

105. JAN 25TH 2023 @ 1:57 PM voice mail by KAREN HANSEN

106. JAN 27TH 2023 @ 9:57 PM voice mail by BRUCE HITTON

107. JAN 30TH 2023 @ 1:27 PM voice mail by AMANDA LOCUS

108. JAN 31ST 2023 @ 1029 AM voice mail by BRUCE HITTON

109. FEB. 1ST 2023 @ 9:53 AM voice mail by AMANDA LOCUS

110. FEB. 2ND 2023 @ 9:35 AM voice mail by KAREN HANSEN

111. FEB. 3RD 2023 @ 2:01 PM voice mail by APRIL LIONS

112. FEB. 4TH 2023 @ 9:21 AM voice mail by BRUCE HITTON

113. FEB. 6TH 2023 @ 9:33 AM

12. Further, on several occasions when Plaintiff would answer Defendant's calls Defendant would not say anything and there would be only dead air.

13. On at least one occasion when Plaintiff answered Defendant's calls he stated "quit calling this number" or "quit calling this phone" but there was only dead air and it disconnected the call.

14. Plaintiff at or near the time each of the calls was placed to his wireless phone by the Defendant made handwritten notes of all call details including but not limited to the date, time, whether he answered the call and what was said by the caller, if anything, what he said or whether a voicemail message was left.

15. Upon information and good-faith belief, the telephone calls identified above were placed to Plaintiff's wireless phone number using an automatic telephone dialing system (ATDS) as defined by the Federal Communications Commission (FCC).

16. Upon information and belief, Defendant placed the calls to the Plaintiff identified above voluntarily.

17. Upon information and belief, Defendant placed the calls to the Plaintiff identified above under its own free will.

18. Upon information and belief, the Defendant had knowledge that it was using an automatic telephone dialing system to place each of the telephone calls identified above.

19. Upon information and belief, Defendant intended to use an automatic telephone dialing system to place each of the telephone calls identified above.

20. Upon information and belief, Defendant maintains business records that show all Calls Defendant placed to Plaintiff's wireless telephone number.

21. This complaint is brought within the statute of limitations pursuant to 47 U.S.C. § 227. At the times that all of the above identified calls were received on his wireless phone Plaintiff was the subscriber to the called number, was the sole person having custody of said phone and paid for the airtime for the called phone number.

## COUNT I

## VIOLATIONS OF THE TCPA 47 U.S.C. § 227(b)(1)(A)(iii)

22. Plaintiff repeats and re-alleges each and every allegation stated above.

23. Defendant's aforementioned conduct violated the TCPA, 47 U.S.C. $ 227.

WHEREFORE, Plaintiff prays and moves the court for relief and judgment, as follows:

a. Adjudging that RMLLC violated the TCPA 47 U.S.C. § 227.

b. Awarding Plaintiff statutory damages pursuant to 47 U.S.C. § 227(b)(3)}(B)(C) of

for each call thereafter made to Plaintiff's wireless phone as knowing and/or willful violations;

c. Awarding Plaintiff any fees and costs incurred in this action;

d. Awarding Plaintiff any post-judgment interest as may be allowed under the law;

e. Awarding Plaintiff such other and further relief as the Court may deem just and proper.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

## COUNT II

## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA) 15 U.S.C. § 1692g(B) BY DEFENDANTS RMLLC

24. Paragraphs 1 through 13 are realleged as though fully set forth herein.

25. Plaintiff is a consumer within the meaning of the FDCPA § 1692a(3).

>    RECIEVABLES MANAGEMENT LLC
>    KAREN HANSON, RMLLC
>    BRUCE HENTON, RMLLC
>    AMANDA LOCUS, RMLLC
>    ANDREA JACKSON, RMLLC
>    VICTORIA RAMOS, RMLLC
>    KATHY ADAMS, RMLLC
>    APRIL LIONS, RMLLC
>    BREONA ROBINSON, RMLLC
>    DEANNA BRENNARD, RMLLC

are debt collectors within the meaning of the FDCPA § 1692a(6).

26. Plaintiff, as a consumer, received a letter from RMLLC dated June 22,2022 stating they a collection agency and I owed them a ledged debt of 130.00 and enclosed virtually nothing as evidence of ANY type of validation attempt.

27. The letter received by Plaintiff from RMLLC on behalf of Progressive southern stated *"PLEASE BE ADVISED THAT THE PURPOSE OF THIS LETTER IS TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED FROM YOU WILL BE USED FOR THAT PURPOSE"* and was signed .

RMLLC Original Complaint for Violations of the TCPA

11

Case 1:23-cv-00137-CCE-LPA    Document 2    Filed 02/10/23    Page 11 of 14

28. Defendants, as debt collectors, violated U.S.C. Title 15 § 1692g(B) by sending a collection notice to Plaintiff.

Wherefore, Plaintiff prays and moves the court for judgment for statutory damages pursuant to 15 U.S.C. § 1692k(2)(A), fees, and costs <u>against each Defendant.</u>

### DEMAND FOR TRIAL BY JURY

Plaintiff hereby prays and moves the court for a trial by jury of all issues so triable as a matter of law.

Dated: Feb. 6, 2023 Respectfully Submitted,

*[signature]*

Hassie-Demond Knowlin
6143 Blue Lantern Rd
Gibsonville NC 27249
(336) 947-9991
HassieKnowlin@gmail.com

Service to:

**RECIEVABLES MANAGEMENT LLC
KAREN HANSON, RMLLC
BRUCE HENTON, RMLLC
AMANDA LOCUS, RMLLC
ANDREA JACKSON, RMLLC
VICTORIA RAMOS, RMLLC
KATHY ADAMS, RMLLC
APRIL LIONS, RMLLC
BREONA ROBINSON, RMLLC
DEANNA BRENNARD, RMLLC**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing COMPLAINT

was furnished to

**RECIEVABLES MANAGEMENT LLC**

**KAREN HANSON, RMLLC**

**BRUCE HENTON, RMLLC**

**AMANDA LOCUS, RMLLC**

**ANDREA JACKSON, RMLLC**

**VICTORIA RAMOS, RMLLC**

**KATHY ADAMS, RMLLC**

**APRIL LIONS, RMLLC**

**BREONA ROBINSON, RMLLC**

**DEANNA BRENNARD, RMLLC**

5571 N UNIVERSITY #203 CORAL SPRINGS, FL 33067

By Registered Mail, Return Receipt Requested, on Feb 7 2023

7020 0640 0001 2825 ~~6957~~ (HK)
6957

DATED this 7th day of February 2023

**2022 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L12000142925

Entity Name: RECEIVABLES MANAGEMENT LLC

Current Principal Place of Business:

5571 UNIVERSITY DR #203
CORAL SPRINGS, FL 33067

Current Mailing Address:

5571 UNIVERSITY DR
203
CORAL SPRINGS, FL 33067 US

FEI Number: 46-1971632

Certificate of Status Desired: No

FILED
Mar 09, 2022
Secretary of State
3870415895CC

Name and Address of Current Registered Agent:

R&T TAXES LLC
15765 91 ST TERRACE
JUPITER, FL 33478 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____   Date

Electronic Signature of Registered Agent

**Authorized Person(s) Detail:**

| | |
|---|---|
| Title | MGRM |
| Name | STANZIONE, JILL R |
| Address | 5571 N UNIVERSITY #203 |
| City-State-Zip: | CORAL SPRINGS FL 33067 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JILL STANZIONE        MGRM        03/09/2022

Electronic Signature of Signing Authorized Person(s) Detail        Date