IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HASSIE DEMOND KOWLIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:23-CV-137 |
| ) | |
| RECEIVABLES MANAGEMENT ) | |
| LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER AND JUDGMENT

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the recommendation on the plaintiff. No objections were filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDER AND ADJUDGED** that the complaint is dismissed pursuant to 28 U.S.C. § 1915(e) (2) (B) (ii) for failure to state a claim upon which relief may be granted.

This the 1st day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE